*In re* **BOBROW**, STUART JOSEPH (MR 17750)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Stuart Joseph Bobrow is suspended from the practice of law for three years and until further order of the Court.